UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DONALD DYE,                                                 :
                                  Plaintiff,                :
                                                            :        16 Civ. 2952 (LGS)
            -against-                                       :
                                                            :            ORDER
JERZY KOPIEC,                                               :
                                  Defendant.                :
                                                            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2018

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, a status conference was held on July 19, 2018. It is hereby

   **ORDERED** that for reasons stated in the status conference, by July 27, 2018, Plaintiff shall submit a request to enter default as outlined in the Court's Individual Rules.

Dated: July 20, 2018
       New York, New York

                                        _____
                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**