

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

David Rabinowitz
Direct Dial: 212.554.7815
E-Mail: drabinowitz@mosessinger.com

July 23, 2018

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

   Re: <u>Request for Time - Dye v. Kopiec, 16-cv-02952 (JGS, KNF)</u>

Dear Judge Schofield:

  Pursuant to the Court's Default Judgment Procedure, plaintiff hereby requests a time to present the Court with an Order to Show Cause for default judgment.

              Respectfully,

              David Rabinowitz

3798568v1 015736.0102