USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD DYE,

                Plaintiff,

    -against-

JERZY KOPIEC,

                Defendant.

Index No.: 16 Civ. 02952 (LGS) (KNF)

~~ORDER FOR~~ **DEFAULT JUDGMENT**

This action having been commenced on March 21, 2016 by the filing of a Motion for Summary Judgment in Lieu of Complaint in the Supreme Court of the State of New York, County of New York and a copy thereof having been personally served on the defendant, JERZY KOPIEC, on March 21, 2016 and a proof of service having been filed on March 25, 2016 and the defendant not having appeared to defend the action at a pre-trial conference held on July 19, 2018, despite having received notice of said pre-trial conference by mail and email; it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant ~~in the liquidated amount of $4,928,974 with interest at 9% per annum simple interest~~ ~~in the amount of $1,188,949 from July 29, 2018, amounting to $XXXXXXXXXX and costs and disbursements of this action in the amount of $XXX amounting in all to $XXXXXXXXXXX~~

This matter will be referred to Judge Fox in a separate order for an inquest on damages.

The Clerk of Court is respectfully directed to mail of copy of this Order to pro se Defendant.

SO ORDERED.

Dated: September 13, 2018
New York, New York

                                    _____
                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE