UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DONALD DYE,

              Plaintiff,

   -against-

JERZY KOPIEC,
             Defendant.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

**ORDER**

16 CV 2952 (LGS)(KNF)



      The Honorable Lorna G. Schofield referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendant Jerzy Kopiec.

      Accordingly, IT IS HEREBY ORDERED that, on or before November 16, 2018, the plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of his damages. The plaintiff must serve these documents on Jerzy Kopiec, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before December 7, 2018, the defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiff.

      The plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

Dated: New York, New York
       October 24, 2018

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE