```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------------X         ELECTRONICALLY FILED
                                              :           DOC #:_____
DONALD DYE,                                   :           DATE FILED: 6/19/2019
                              Plaintiff,      :
                                              :
            -against-                         :
                                              :           16 Civ. 2952 (LGS)
JERZY KOPIEC,                                 :
                              Defendant.      :           ORDER
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 10, 2019, Judge Fox filed a Report and Recommendation (the "Report") recommending awarding Plaintiff (1) €1,020,000, reduced by $4,000, after converting €1,020,000 into U.S. dollars by using the conversion rate on the date of final judgment at the Best Exchange Rate website, at https://www.poundsterlinglive.com, (2) prejudgment interest at the rate of 1% per year on €1,020,000, starting on March 25, 2015, and ending on the final judgment date, (3) $100 in costs, (4) $131,313 in attorneys' fees and $10,060 in expenses for Moses & Singer LLP, (5) $8159.60 in attorneys' fees and $205.48 in expenses for Bast Amron LLP and (6) post-judgment interest under 28 U.S.C. § 1961.

WHEREAS, Judge Fox found that the date of final judgment is not the date that default judgment was entered, but is a future date when a final judgment order is entered;

WHEREAS, the Report stated that the parties "shall have fourteen days from service of this Report and Recommendation to file written objections;"

WHEREAS, no objections were timely filed;

WHEREAS, in reviewing a Report and Recommendation of a magistrate judge, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the

face of the record." *Poulos, v. City of New York*, No. 14 Civ. 3023, 2018 WL 3745661, at *1 (S.D.N.Y. Aug. 6, 2018) (internal quotation marks omitted);

WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report is adopted. Plaintiff shall be awarded: (1) €1,020,000, reduced by $4,000, after converting €1,020,000 into U.S. dollars by using the Best Exchange Rate website's (https://www.poundsterlinglive.com) conversion rate on the date of final judgment, which will follow separately, (2) prejudgment interest at the rate of 1% per year on €1,020,000, starting on March 25, 2015, and ending on the final judgment date, (3) $100 in costs, (4) $131,313 in attorneys' fees and $10,060 in expenses for Moses & Singer LLP, (5) $8159.60 in attorneys' fees and $205.48 in expenses for Bast Amron LLP and (6) post-judgment interest under 28 U.S.C. § 1961.

The Clerk of Court is respectfully directed to enter final judgment in favor of Plaintiff and to close the case.

Dated: June 19, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**